IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT JAY WARD,

        Plaintiff,

v.

DANE KIRK,

        Defendant.

ORDER

16-cv-508-bbc

---

The above-captioned case has been reassigned to United States District Judge William M. Conley.

Entered February 14, 2018.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
Chief District Judge